UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 17-cv-62523-BLOOM/Valle**

CHANEL, INC.,

      Plaintiff,

v.

AWESOMEPHONECASE.NET a/k/a
AWESOMEPHONECASE, and
CASEOFCROWN.COM a/k/a
CASEOFCROWN, individuals, partnerships, or
unincorporated associations

      Defendants.

## ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION
## FOR LEAVE TO TAKE EXPEDITED DISCOVERY

**THIS CAUSE** is before the Court upon Plaintiff's *Ex Parte* Motion for Leave to Take Expedited Discovery, ECF No. [6], dated December 22, 2017. After due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's *Ex Parte* Motion for Leave to Take Expedited Discovery, **ECF No. [6]**, is **GRANTED**;

3. Plaintiff is authorized to immediately issue subpoenas to, and depose only as necessary, Shopify (USA), Inc., Paypal, Inc., and any individual or entity identified as the ultimate shipping and/or mailing service company(ies) for websites operating under the Subject Domain Names and the e-commerce stores operating under the seller identification names identified on Schedule "A" to the Complaint, and any financial institutions and/or payment processors identified through the Subpoenas authorized herein. The discovery sought shall be

1

reasonably limited to information and documents likely to assist in determining Defendants' name(s) and service address(es) and identifying assets sought to be restrained.

**DONE AND ORDERED** in Miami, Florida, this 26th day of December, 2017.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record